Adv. Pro:  Sunshine Terrace Owners Association  v. Jack Wasson (09-90535-LT)

(In re Jack & Constance Wasson, Bk. No. 09-15950-LT7)

Hearing Date/Time:  Wed., May 26, 2010 at 11:00 a.m.

Tentative:

a.  Motion to Dismiss

Grant as to Debtor in his individual and "dba" capacity.  Order may provide that dismissal is not effective as to Wasson Construction ("Construction") to extent it is a legal entity separate and distinct from Debtor, but Plaintiff proceeds against Construction at great risk and any such action would be deemed a willful and malicious violation of the bankruptcy discharge injunction unless Plaintiff has some evidence casting reasonable doubt on the assertion that Construction is a mere dba of Debtor. Debtor's failure to list Construction as a dba does not create such a reasonable doubt.

b. Motion for Removal (Remand)

Deny as moot, but without prejudice to Movant's right to assert motion anew based on proof that Construction is a separate legal entity.

Court will provide any clarifying order necessary to make clear that Debtor removed only claims against himself (and Construction in the unlikely event that it is a separate legal entity) and that all other defendants remain before the State Court.